LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

*Attorneys for Defendants Ultragenyx Pharmaceutical
Inc., Emil. D. Kakkis and Eric Crombez*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRAGENYX PHARMACEUTICAL INC., EMIL D. KAKKIS, and ERIC CROMBEZ,<br><br>Defendants. | Case No.  3:26-cv-01097-JD<br><br>**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11**<br><br>Potentially Related Case:<br><br>*Simutis v. Kakkis, et al.,*<br>Case No.  3:26-cv-01985-WHO (N.D. Cal.)<br><br>Judge: Hon. James Donato |

I, Melanie M. Blunschi, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and a partner with Latham & Watkins LLP, counsel of record for Defendants Ultragenyx Pharmaceutical Inc. ("Ultragenyx"), Emil D. Kakkis, and Eric Crombez ("Defendants") in the above-captioned action.

2. I submit this Declaration in Support of Ultragenyx's Unopposed Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 ("Motion to Relate"). I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

3. *Bailey v. Ultragenyx Pharmaceutical, Inc., et al.*, Case No. 3-26-01097-JD ("*Bailey* Action*"*) was filed on February 4, 2026 (Dkt. 1) and is currently pending before the Honorable James Donato.

4. *Simutis v. Kakkis, et al.*, No. 3:26-cv-01985-WHO (N.D. Cal.) ("*Simutis* Derivative Action") was filed on March 6, 2026 (*Simutis* Dkt. 1) and is currently pending before the Honorable William H. Orrick. A true and correct copy of the *Simutis* complaint is attached hereto as Exhibit A.

5. The *Bailey* Action and *Simutis* Derivative Action both name Ultragenyx, Emil D. Kakkis, and Eric Crombez as defendants.

6. The *Bailey* Action and *Simutis* Derivative Action both allege that Ultragenyx's stock was artificially inflated based on false statements made by Ultragenyx or its officers and directors. *Compare* Compl. ¶¶ 26-43, *with Simutis* Compl. ¶¶ 79-81, 94-119, 131-35 (challenging substantially the same statements made in publicly filed press releases and on earnings calls).

7. Counsel for Ultragenyx conferred with Plaintiff's counsel by email regarding the Motion to Relate. Plaintiff's counsel consents to relation.

8. Counsel for Ultragenyx also conferred with counsel for the plaintiff in *Simutis* by email regarding the Motion to Relate. The *Simutis* plaintiff's counsel does not oppose relation.

9. Concurrently with this filing, Ultragenyx will serve copies of the Motion to Relate and all supporting documents on counsel in the *Simutis* Derivative Action.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March 2026, in San Francisco, California.

*/s/ Melanie M. Blunschi*
Melanie M. Blunschi

2

BLUNSCHI DECL. ISO UNOPPOSED ADMIN. MOT. TO
CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:26-cv-01097-JD