LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

*Attorneys for Defendants Ultragenyx
Pharmaceutical, Inc., Emil. D. Kakkis and Eric
Crombez*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRAGENYX PHARMACEUTICAL INC., EMIL D. KAKKIS, and ERIC CROMBEZ,<br><br>Defendants. | CASE NO. 3:26-cv-01097-JD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11**<br><br>Potentially Related Case:<br><br>*Simutis v. Kakkis, et al.,*<br>Case No.  3:26-cv-01985-WHO (N.D. Cal.)<br><br>Judge: Hon. James Donato |

# [PROPOSED] ORDER

Pursuant to Local Rules 3-12 and 7-11, Defendants Ultragenyx Pharmaceutical Inc. ("Ultragenyx"), Emil D. Kakkis, and Eric Crombez ("Defendants") filed an Unopposed Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Local Rules 3-12 and 7-11 ("Administrative Motion").  Having considered the Administrative Motion and supporting documents, it is hereby ORDERED that the Administrative Motion is GRANTED.

IT IS HEREBY ORDERED that the action entitled *Simutis v. Kakkis, et al.*, No. 3:26-cv-01985-WHO (N.D. Cal.) ("*Simutis* Derivative Action") is related to the action entitled *Bailey v. Ultragenyx Pharmaceutical Inc. et al.*, No. 3:26-cv-01097-JD (N.D. Cal).  The Clerk of the Court is ORDERED to transfer the *Simutis* Derivative Action to the Court.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                  Honorable James Donato
                                  United States District Judge