LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 *melanie.blunschi@lw.com*
Whitney B. Weber (Bar No. 281160)
 *whitney.weber@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

*Attorneys for Defendants Ultragenyx Pharmaceutical Inc.,*
*Emil. D. Kakkis and Eric Crombez*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAILEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:26-cv-01097-JD |
| | **PROOF OF SERVICE** |
| Plaintiff, | |
| v. | Hon. James Donato |
| ULTRAGENYX PHARMACEUTICAL INC., EMIL D. KAKKIS, and ERIC CROMBEZ, | |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE
CASE NO. 3:26-cv-01097-JD

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111.

On **March 31, 2026** I served the following document described as:

**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11**

**DECLARATION OF MELANIE M. BLUNSCHI IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11**

**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11**

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail from john.eastly@lw.com to the following parties on **March 31, 2026**:

| | |
|---|---|
| Robert C. Moest, | THE BROWN LAW FIRM, P.C. |
| THE BROWN LAW FIRM, P.C. | Timothy Brown |
| 2530 Wilshire Boulevard, Second Floor | 767 Third Avenue, Suite 2501 |
| Santa Monica, CA 90403 | New York, NY 10017 |
| Telephone: (310) 915-6628 | Telephone: (516) 922-5427 |
| Email: RMoest@gmail.com | Facsimile: (516) 344-6204 |
| | Email: tbrown@thebrownlawfirm.net |
| | |
| *Counsel for Ryan Simutis* | *Counsel for Ryan Simutis* |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 31, 2026**, at San Francisco California.

*John M. Eastly*
_____
John M. Eastly