LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Whitney B. Weber (Bar No. 281160)
 whitney.weber@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
 michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

*Attorneys for Defendants Ultragenyx Pharmaceutical
Inc., Emil D. Kakkis, and Eric Crombez*

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTRAGENYX PHARMACEUTICAL INC., EMIL D. KAKKIS, and ERIC CROMBEZ,<br><br>Defendants. | CASE NO.  3:26-cv-01097-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. James Donato |

Pursuant to Civil Local Rule 6-2, Plaintiff Steven Bailey ("Plaintiff") and Defendants Ultragenyx Pharmaceutical Inc. ("Ultragenyx"), Emil D. Kakkis, and Eric Crombez ("Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on February 4, 2026, Plaintiff filed the above-captioned securities fraud putative class action (the "Complaint," Dkt. 1) asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 et seq.;

WHEREAS, the PSLRA provides for the appointment of lead plaintiff and lead counsel, the filing of an amended complaint by lead plaintiff and lead counsel appointed by the Court, and a stay of all discovery pending the resolution of Defendants' anticipated motion(s) to dismiss, *see* 15 U.S.C. § 78u-4(a)(3);

WHEREAS, motions for the appointment of lead plaintiff and lead counsel are due no later than April 6, 2026;

WHEREAS, on February 4, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting the Initial Case Management Conference for May 7, 2026, and setting various deadlines for the Parties to complete ADR certifications and file disclosures contemplated by Federal Rule of Civil Procedure 26 (Dkt. No. 5);

WHEREAS, the Parties expect an amended complaint will be filed after the determination of any lead plaintiff motion(s) in this action;

WHEREAS, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the amended complaint;

WHEREAS, because of the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplate (i) appointment of lead plaintiff; and (ii) the filing of a single amended complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the complaint prior to the filing of an amended complaint and continuing with the currently scheduled initial case management conference and related deadlines would result in the

unnecessary expenditure of private and judicial resources;

WHEREAS, counsel for the Parties respectfully submit that good cause exists to continue the existing May 7, 2026, Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of Defendants' anticipated motion(s) to dismiss;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, and respectfully submitted for the Court's approval that:

1. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

2. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended complaint, or designation of an operative complaint, and the response thereto.

3. The Initial Case Management Conference scheduled for May 7, 2026, shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

Dated: March 26, 2026                    LATHAM & WATKINS LLP

By: */s/ Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Whitney B. Weber (Bar No. 281160)
*whitney.weber@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Michele D. Johnson (Bar No. 198298)
*michele.johnson@lw.com*

650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235

*Attorneys for Defendants Ultragenyx Pharmaceutical Inc., Emil D. Kakkis, and Eric Crombez*

Dated: March 26, 2026                     LEVI & KORSINSKY LLP

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff Steven Bailey*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 27, 2026

Hon. James Donato
United States District Judge