POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
Sreenadha Vattam and Proposed Co-
Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAILEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ULTRAGENYX PHARMACEUTICAL INC., EMIL D. KAKKIS, and ERIC CROMBEZ, <br><br> Defendants. | Case No.: 3:26-cv-01097-JD <br><br> NOTICE OF ERRATA |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Sreenadha Vattam hereby provides this Notice of Errata regarding his Notice of Motion and Motion for appointment as Lead Plaintiff and approval of selection of Co-Lead Counsel and Memorandum of Points and Authorities in Support, filed on April 6, 2026 (the "Motion") (Dkt. No. 22).  Recently, Sreenadha Vattam's counsel became aware that, due to an inadvertent clerical error, the Motion was filed with a missing Table of Contents and Table of Authorities.  *See id.* at i-ii.  Attached hereto as Exhibit A is a corrected copy of the Motion including the Table of Contents and Table of Authorities.

Dated:  April 30, 2026                              Respectfully submitted,

                                                    POMERANTZ LLP

                                                    */s/ Jennifer Pafiti*
                                                    Jennifer Pafiti (SBN 282790)
                                                    1100 Glendon Avenue, 15th Floor
                                                    Los Angeles, California 90024
                                                    Telephone: (310) 405-7190
                                                    jpafiti@pomlaw.com

                                                    POMERANTZ LLP
                                                    Jeremy A. Lieberman
                                                    (*pro hac vice* application forthcoming)
                                                    J. Alexander Hood II
                                                    (admitted *pro hac vice*)
                                                    600 Third Avenue, 20th Floor
                                                    New York, New York 10016
                                                    Telephone: (212) 661-1100
                                                    Facsimile: (917) 46-1044
                                                    jalieberman@pomlaw.com
                                                    ahood@pomlaw.com

                                                    HOLZER & HOLZER, LLC
                                                    Corey D. Holzer
                                                    (*pro hac vice* application forthcoming)
                                                    211 Perimeter Center Parkway
                                                    Suite 1010
                                                    Atlanta, Georgia 30346
                                                    Telephone: (770) 392-0090

Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Lead Plaintiff Movant*
*Sreenadha Vattam and Proposed Co-Lead*
*Counsel for the Class*

**PROOF OF SERVICE**

I hereby certify that on April 30, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti